### 721.   RICE v. LOCKHART.

HILL, C. J.  1. The law of this case is. fully decided by the Supreme Court in *Elgin Jewelry Co.* v. *Estes*, 122 *Ga.* 807 (50 S. E. 939), and by this court in *Lovvorn* v. *Eldorado Jewelry Co.*, 1 *Ga. App.* 349 (57 S. E. 926).

2. The finding of the court is fully supported by the evidence.

*Judgment affirmed.*

Complaint, from city court of Columbus—Judge Willis.  July 13, 1907.

Argued November 26, 1907.—Decided February 24, 1908.

*Slade & Swift,* for plaintiff.

*Wynn & Wohlwender,* for defendant.